UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore

IN RE:

LAURA D. BRANCH

               Chapter 13

   Debtor(s)

               Case No. 20-10017

**OBJECTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF**

    Nationstar Mortgage LLC d/b/a Mr. Cooper and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the Confirmation of the Chapter 13 Plan proposed by the Debtor(s):

    1.   This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 9220 Samoset Road, Randallstown, MD 21133; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

    2.   The debtor(s) are due a total pre-petition arrears of $43,859.69, comprised of monthly payments totaling $21,781.20, prepetition fees of $9,788.99, escrow advances of $10,166.77, and an escrow shortage of $2,122.73.

    3.   The proposed Chapter 13 plan does not provide this objecting Secured Creditor with adequate protection or adequate security, according to Sections 362 and 1325 (a) of the Code.

    4.   Further, the Plan is inadequately funded, in that the plan base is less than this Creditor's claim.

    5.   The plan does not propose to pay the Secured Creditor's entire claim as shown in its proof of claim, in that the arrears are listed in the amount of $25,000.00 and this Creditor's claim was filed in the amount of $43,859.69.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by the Debtor(s) be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.

2. For attorney's fees and costs incurred herein.

3. For dismissal of the Chapter 13 proceeding.

4. For such other relief as this Court deems proper.


Dated: March 27, 2020

       Respectfully submitted
       Nationstar Mortgage LLC d/b/a Mr. Cooper

       By Counsel:

       /s/ Zohaib Ahmed
       _____
       William M. Savage, Esquire
       Kristine D. Brown, Esquire
       Zohaib Ahmed, Esquire
       Kimberly F. Outlaw, Esquire
       Gregory N. Britto, Esquire
       Malcolm B. Savage, III, Esquire
       Shapiro & Brown, LLP
       10021 Balls Ford Road, Suite 200
       Manassas, Virginia 20109
       (703) 449-5800
       ecf@logs.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2020 the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice

| | |
|---|---|
| Jeffrey M. Sirody<br>Jeffery M. Sirody and Associates, P.A.<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208 | Debtor's Attorney |
| Robert S. Thomas, II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Laura D Branch<br>9220 Samoset Road<br>Randallstown, MD 21133 | Debtor(s) |

/s/ Zohaib Ahmed
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Zohaib Ahmed, Esquire
Federal I.D. Bar No. 21167
Kimberly F. Outlaw, Esquire
Federal I.D. Bar No. 21186
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800  18-276765